UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.                                                          4:11CR00196 JMM

ERWIN SHANE STAMPER

## ORDER

Pending is the Government's Notice of Sentencing Error and Motion for Rehearing. In the motion, the Government notifies the Court that there was an error in the calculation of the Defendant's base offense level under the United States Sentencing Guidelines. As a result, the advisory Guideline imprisonment range which the Court considered in sentencing Mr. Stamper was incorrect. Mr. Stamper's base offense level should have been 24 based upon the ten-year statutory maximum sentence of his crime of conviction and U.S.S.G. §4B1.1(b)(5). The presentence report, however, listed Mr. Stamper's base offense level as 32. The United States Probation Office has confirmed that the Guideline imprisonment range for Mr. Stamper should have been 77-96 months. The Court sentenced Mr. Stamper to 108 months imprisonment.

Rule 35(a) of the Federal Rules of Criminal Procedure allows a Court to correct a sentence that resulted from arithmetic, technical, or other clear error within fourteen days after sentencing. Fed. R.Crim. Pro. 35(a). The Court finds that the imposition of 108 months imprisonment was clear error based upon the miscalculation of the Sentencing Guideline range. *See United States v. Gall*, 552 U.S. 38, 51 (2007). Although the Court is not bound by the United States Sentencing Guidelines, the Court relied on the calculation as a reasonable range in this case. Further, the Court rejected the plea agreement between the United States and Mr. Stamper based upon the erroneous Guideline calculation.

After further review, the Court accepts the plea agreement between the parties.[1] As stipulated in the plea agreement, Mr. Stamper is sentenced to 84 months incarceration to be served consecutively to the sentence Mr. Stamper received in Docket No. 4:12CR00216-SWW. A hearing regarding this motion is not necessary pursuant to Federal Rule of Criminal Procedure 43(b)(4).[2]

IT IS THEREFORE ORDERED that the Government's motion (Docket # 39) is GRANTED as to the modification of the Defendant's sentence and DENIED as to the request for a hearing.

IT IS FURTHER ORDERED that the Judgment heretofore imposed on July 12, 2013 be, and it is hereby, amended to reduce the term of imprisonment from 108 months to a term of 84 months to be served consecutively to the sentence Mr. Stamper received in Docket No. 4:12CR00216-SWW. All other aspects of the previously imposed sentence to remain in effect. All other terms and conditions of the Judgment remain unchanged.

IT IS SO ORDERED this 24th day of July, 2013.

James M. Moody
United States District Judge

---

[1] The plea agreement and addendum are found at Docket # 28 and 29.

[2] The parties have no objection to resolving this issue by Order rather than a hearing.